FULL NAME
Cymeyon Victor Hill
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
Patton State Hospital
3102 E. Highland Avenue, Patton, CA 92369
PRISON NUMBER (if applicable)
179315-7

Related ODJ

**FILED**
CLERK, U.S. DISTRICT COURT
JUL 2 4 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EDCV25-01995-JLS(E)

CASE NUMBER

*To be supplied by the Clerk*

Cymeyon Victor Hill                    PLAINTIFF,
                v.
Anthony Fiedler
                                       DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? See docket for confidentiality

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Cymeyon Victor Hill _____
(print plaintiff's name)

who presently resides at 3102 E. Highland Avenue, Patton, CA 92369 .
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at Patton State Hospital
(institution/city where violation occurred)

on (date or dates) __07/14/2025__ , _____ , _____ .
                              (Claim I)            (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Anthony Fiedler__ resides or works at
   (full name of first defendant)
   __3102 E. Highland Avenue, Patton, CA 92369__
   (full address of first defendant)
   __Chief of Hospital Police__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant violated the plaintiff's 1st amendment; continued campaign of harassment, retaliation, legal notification of appellate district court for investigation inquiry

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

D. **CLAIMS**\*

## CLAIM I

The following civil right has been violated:

First amendment right violation; continued campaign of harassment, retaliation. Violation of Department of State Hospital procedure by opening legal mail with the intent to obstruct plaintiff's litigation for filing of grievances with the court.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Legal context appellate district investigation inquiry served upon the appellate district for campaign of harassment and retaliation. On 7/14/25, defendant Anthony Fiedler was deliberately indifferent after plaintiff repeatedly notified defendant for a period of two months that mailroom hospital police officers were repeatedly opening plaintiff's legal mail without the plaintiff being present. This violates the hospital procedure in which all patient's legal mail is supposed to be opened in front of the patient and is supposed to be signed in the legal notification book. Defendant Anthony Fiedler was deliberately indifferent after telling plaintiff that he was going to be punished every time he filed a grievance, complaint, or lawsuit with the courts by his hospital staff in the mailroom. Defendant continues a campaign of harassment and retaliation by continuously punishing patient for filing grievances and complaints with the federal courts. Defendant is responsible for managing his hospital police subordinates within the mail room distribution of legal mail per hospital procedure.

See supporting case law : (1) Procunier v. Martinez, 416 U.S. 396 (1974) : Legal mail is protected by the First Amendment and must not be withheld or read arbitrarily. (2) Hayes v. Idaho Correctional Center, 849 F.3d 1204 (9th Cir. 2017) : Repeated interference with legal mail can establish retaliation and denial of access to courts. (3) Jones v. Brown, 461 F.3d 353 (3d Cir. 2006) : Even a single instance of intentional opening of legal mail outside presence can state a constitutional claim. Violates First Amendment right of access to the courts and attorney-client confidentiality.

\**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Nominal damages in the amount of $75,000. UCC 1-207 secured party creditor seeking damages under the common law, Federal Truth in Lending Act. I reserve all rights under UCC 1-308 without prejudice.

07/15/2025
(Date)

*Cymeyon Victor Hill*
(Signature of Plaintiff)

Cymeyon Hill
3102 East Highland Ave.
Patton, CA, 92369

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 24 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

Clerk of Court - United States District Court
Central District of California - Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA, 92501-3801

