**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CYMEYON VICTOR HILL, | Case No. ED CV 25-1995-JLS(E) |
|         Plaintiff, | |
|   v. | ORDER TO SHOW CAUSE |
| ANTHONY FIEDLER, | |
|         Defendant. | |

Plaintiff, assertedly a civil detainee, filed this action on July 24, 2025. On September 30, 2025, the Court granted in forma pauperis status. On October 1, 2025, the Court issued an "Order Directing Service of Process by the United States Marshal."

A "Process Receipt and Return" was filed January 5, 2026, and entered on the docket February 16, 2026. This "Process Receipt and Return" reflects that the Marshal's Service has been unable to serve Defendant because Defendant no longer is employed at the address provided by Plaintiff.

Therefore, within twenty-eight (28) days of the date of this Order, Plaintiff shall show cause, if there be any, why the action should not be dismissed for failure to

prosecute and failure to effect timely service.  See Fed. R. Civ. P. 4(m).  Plaintiff must attempt to show such cause by filing a declaration signed under penalty of perjury. Failure timely to comply with this Order may be deemed consent to the dismissal of this action.

DATED: February 17, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2