JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON VICTOR HILL,<br><br>      Plaintiff,<br><br>    v.<br><br>ANTHONY FIEDLER,<br><br>      Defendant. | No. ED CV 25-1995-JLS(E)<br><br>JUDGMENT |

    IT IS ADJUDGED that the action is dismissed without prejudice.


    Dated:  April 28, 2026.


                             _____
                                  JOSEPHINE L. STATON
                        UNITED STATES DISTRICT JUDGE